**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of New York (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Glens Falls Re Holdings Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-3767120

4. **Debtor's address**

   **Principal place of business**
   1510 Central Avenue, Suite 380
   Number    Street

   Albany    NY    12205
   City       State   ZIP Code

   Albany
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City       State   ZIP Code

5. **Debtor's website (URL)**  _____

Debtor  Glens Falls Re Holdings Inc.                                  Case number (if known) _____
        Name

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  Glens Falls Re Holdings, Inc.  Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When __/__/____ Case number _____
         MM / DD / YYYY
         District _____ When __/__/____ Case number _____
         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When __/__/____
           MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number     Street

       _____
       City                                  State ZIP Code

    **Is the property insured?**
    ☐ No
    ☑ Yes. Insurance agency  The Rickson Group
           Contact name  Brent Tague
           Phone  518-253-8238

---

**Statistical and administrative information**

Debtor  **Glens Falls Re Holdings Inc.**   Case number (if known) _____
Name

13. **Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. **Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

X _____ /s/ _____       _____ Stephen Frank _____
Signature of authorized representative of debtor    Printed name

Title  PRESIDENT

Debtor  **Glens Falls Re Holdings Inc.**
Name

Case number (if known) _____

**18. Signature of attorney**

X _Opal F. Hinds_
Signature of attorney for debtor

Date  4/25/23
MM / DD / YYYY

Opal F. Hinds
Printed name

Law Office of Opal F. Hinds
Firm name

650 Franklin Street, Suite 501
Number   Street

Schenectady                                            NY         12305
City                                                   State      ZIP Code

5188938100                                             opalhinds@1sthindslaw.com
Contact phone                                          Email address

515855                                                 NY
Bar number                                             State

**Fill in this information to identify the case:**

Debtor name: Glens Falls Re Holdings Inc.

United States Bankruptcy Court for the: Northern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Phil Rose Apartments LLC POB 718 Glens Falls, NY 12801 | Bartlett, Pontiff, Stewart & Rhodes, PC 518-792-2117 | Foreclosure | Contingent unliquidated Disputed | 80,000 | | |
| 2 | City of Glens Falls 42 Ridge Street Glens Falls, NY 12801 | Susanne Kasitch 518-761-3809 | Tax Foreclosure | | 141,805 | | |
| 3 | James Clark 28 Londonberry Way Niskayuna, NY 12309 | | Loan | | 40,000 | | |
| 4 | National Grid POB 371376 Pittsburgh, PA 15250 | 800-642-4272 Acct No.8237 | Utility Debt | | | | 285.08 |
| 5 | National Grid POB 371376 Pittsburgh, PA 15250 | 800-664-6729 Acct No.7117 | Utility Debt | | | | 16,357 |
| 6 | National Grid POB 371376 Pittsburgh, PA 15250 | 800-664-6729 Acct No. 2117 | Utility Debt | | | | 8,560 |
| 7 | National Grid POB 371376 Pittsburgh, PA 15250 | 800-664-6729 Acct. NO. 2114 | Utility Debt | | | | 140.35 |
| 8 | Sciocchetti Taber LLC 800 Troy Schenectady Rd #102, Latham, NY 12110 | 518-867-3001 | Legal Fees | | | | 736.20 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Glens Falls Re Holdings Inc.**         Case number (if known) _____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | City of Glens Falls<br>42 Ridge Street<br>Glens Falls, NY 12801 | 518-761-3814<br>Acct No. 9300 | Water Bill | | | | 660 |
| 10 | City of Glens Falls<br>42 Ridge Street<br>Glens Falls, NY 12801 | 518-761-3814<br>Acct No. 9300 | Water Bill | | | | 650 |
| 11 | City of Glens Falls<br>42 Ridge Street<br>Glens Falls, NY 12801 | 518-761-3814<br>Acct No. 9100 | Water Bill | | | | 1,986 |
| 12 | Monarch Recovery<br>3260 Tillman Drive, #75<br>Bensalem, PA 19020 | 215-281-500 | Credit Card Debt | | | | 7,411 |
| 13 | CV Waste Removal<br>2098 St. Rt. 149 East<br>Fort Ann, NY 12827 | 518-639-5233 | Utility Debt | | | | 1,762 |
| 14 | City of Glens Falls<br>42 Ridge Street<br>Glens Falls, NY 12801 | 518-761-3814<br>Acct No. 9200 | Utility Debt | | | | 1,039 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Phil Rose Apartment LLC
Account No NA
POB 718
Glens Falls, NY 12801

Bartlett Pontiff Stewart and Rhodes PC
POB 2168
One Washington Street
Glens Falls NY 12801

City of Glens Falls
Account No. NA
Controller
42 Ridge Street
Glens Falls NY 12801

City of Glens Falls
Account No. 9100
42 Ridge Street
Glens Falls NY 12801

City of Glens Falls
Account No. 9300
42 Ridge Street
Glens Falls NY 12801

City of Glens Falls
Account No. 9200
42 Ridge Street
Glens Falls NY 12801

City of Glens Falls
Account No. 9117
42 Ridge Street
Glens Falls NY 12801

CV Waste Removal
Account No. NA
2098 State Route 149 East
Fort Ann NY 12827

James Clark
28 Londonberry Way
Niskayuna NY 12309

Monarch Recovery Management Inc.
Account No 3762
3260 Tilman Drive Suite 75
Bensalem PA 19020

National Grid
Account No 8237
POB 371376
Pittsburgh PA 15250

National Grid
Account No 7117
POB 371376
Pittsburgh PA 15250

National Grid
Account No 2117
POB 371376
Pittsburgh PA 15250

National Grid
Account No 2114
POB 371376
Pittsburgh PA 15250